UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

MOISES MALDONADO                            :

                    Plaintiff(s)            :       **JUDGMENT**

    (vs)                                       :

                                                                   Civil #08-01276   (RBK)

BAYSIDE STATE PRISON, ET AL.              :

                                           :

                    Defendant(s)

---

       The Hon. John W. Bissell, Special Master, appointed by this Court having found on June 24, 2010, and no timely objection having been filed,

       IT IS, on this 6th day of January  2011

       ORDERED that the report of Hon. John W. Bissell dated June 24, 2010 is hereby affirmed and Judgment be entered in favor of **plaintiff Moises Maldonado** and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of $3,500.00  together with costs of  suit, prejudgment interest and reasonable counsel fees.

       IT IS FURTHER ORDERED that all claims against remaining defendants be and hereby are dismissed.

                                                          HON. ROBERT B. KUGLER, U.S.D.J.